**Dismissed and Opinion Filed January 23, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00520-CV

### JOHN FULTON, Appellant
### V.
### PAMELA MARCH, Appellee

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-08851**

# MEMORANDUM OPINION

Before Justices Francis, Evans, and Boatright
Opinion by Justice Evans

By motion filed December 28, 2017, appellant has informed us he no longer wishes to

pursue this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).


/David Evans/
DAVID EVANS
JUSTICE


170520F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

JOHN FULTON, Appellant

No. 05-17-00520-CV          V.

PAMELA MARCH, Appellee

On Appeal from the 254th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-17-08851.
Opinion delivered by Justice Evans, Justices
Francis and Boatright participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this day of 23rd day of January, 2018.